Signed as modified by the Court.

**This order is SIGNED.**

**Dated: October 15, 2018**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

slo

Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re:<br><br>ANTHONY T. GEURTS<br><br>Debtor. | Case No. 18-26732<br>Chapter 13<br>Hon. Kevin R. Anderson |
|---|---|

**ORDERING GRANTING CHAPTER 13 TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE UNDER 11 U.S.C. §§ 1307(c) AND 362(d)(4)**

Lon A. Jenkins, Chapter 13 Trustee, filed a MOTION TO DISMISS WITH PREJUDICE UNDER 11 U.S.C. §§ 1307(c) AND 362(d)(4) which was scheduled for hearing on October 15, 2018 at 2:30 p.m. The notice of hearing provided that if no response to the Motion was filed, the relief requested may be granted without further steps. The objection deadline passed on October 1, 2018. No objections or responses to the Motion to Dismiss were filed.

The Court has reviewed the pleadings on file and **HEREBY ORDERS, DECREES, AND ADJUDGES THAT:**

1. The above-captioned case is dismissed with prejudice pursuant to 11 U.S.C. § 109(g) for Debtor's willful failure to properly prosecute the bankruptcy case.  The Debtor shall not be able to file a bankruptcy petition for period of 180 days beginning upon entry of this order – no earlier than April 13, 2019.

2. The serial filings of the Debtor is part of a scheme to delay, hinder or defraud creditors under 11 U.S.C. § 362(d)(4).  As such, no bankruptcy petition may be filed on the real property located at 7625 South 2230 West, West Jordan UT 84084. (Parcel 21284770110000 Legal description: LOT 6, MAGIC VALLEY #1 PUD REVISED) for a period of 2 years – no earlier than October 15, 2020.

3. The Trustee is holding no funds in this case as no payments were made.

--END OF ORDER--

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order Staying Entry of Dismissal shall be served to the parties addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid below or by ECF Notification:

ANTHONY T. GEURTS
7625 SOUTH 2230 WEST
WEST JORDAN UT 84084

LON A. JENKINS            ecfmail@ch13ut.org, lneebling@ch13ut.org

United States Trustee        USTPRegion19.SK.ECF@usdoj.gov